UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

DANA LAMB; TONY LUCIBELLO; ACCESS NOW, INC.,

    Plaintiffs,

vs.                            Case No. 2:05-cv-246-FtM-33SPC

LEE COUNTY,

    Defendant.
_____

### ORDER

This matter comes before the Court on Defendant's Motion to Stay All Proceedings Pending Remediation (Doc. #7) filed on June 21, 2005.

The Court takes notice of the fact that Defendant states that the Plaintiffs object to the request to stay the proceedings. However, no responsive pleading has been filed. Failure to respond to the Motion to Stay All Proceedings Pending Remediation (Doc. #7) will result in the motion being considered by the Court without a response.

Accordingly, it is now

**ORDERED, ADJUDGED, and DECREED:**

The Plaintiffs are hereby ordered to respond to Defendant's Motion to Stay All Proceedings Pending Remediation (Doc. #7) within **FIVE DAYS** of the date of this Order. If a responsive pleading is

not received by the Court within this period, the Court will rule on the motion without further notice.

**DONE** and **ORDERED** in Chambers in Fort Myers, Florida, this 22nd day of June, 2005.

```
                              /s/ Virginia M. Covington
                              VIRGINIA M. HERNANDEZ COVINGTON
                              UNITED STATES DISTRICT JUDGE
```

Copies:

All Counsel of Record