UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

DANA LAMB; TONY LUCIBELLO; ACCESS
NOW, INC.,

                Plaintiffs,

vs.                             Case No.   2:05-cv-246-FtM-33SPC

LEE COUNTY,

                Defendant.

_____

## ORDER

This matter comes before the Court on Defendant's Motion to Stay Proceedings Pending Remediation (Doc. #7) filed on June 21, 2005.  The Plaintiffs filed a Response in Opposition (Doc. #11) on June 27, 2005.

The Plaintiffs object to the stay contending that they should be provided with an opportunity to inspect the parks.  Plaintiffs contend they have a right to review proposed renovations, confirm that they are in agreement with Defendant's plans, and approve the completed work.  Finally, the Plaintiffs argue that the stay creates unnecessary delay as the Defendant has had since 1973, when the ADA was first adopted, to correct the problems at the facilities.

The Defendant states that the Plaintiffs did not notify the Defendant of any ADA violations or their intent to file a lawsuit. Consequently, Defendant was not given an opportunity to identify or

eliminate any barriers without the threat of attorney's fees and costs.  The Complaint (Doc. #1) identifies minor barriers that can be corrected in a short period of time.  The Defendant indicates that it has retained an architectural firm to perform a survey of its parks and to identify any conditions in violation of the Americans with Disabilities Act Guidelines.  42 U.S.C. § 12101 (2004).  Defendant states it will either remove barriers identified by the architectural firm or close the facilities.

District Courts have broad discretion in controlling the pace of litigation and managing their caseload.  <u>Chrysler Int'l Corp. v. Chemaly</u>, 280 F.3d 1358, 1360 (11th Cir. 2002).  Since the Plaintiffs did not notify the Defendant of any ADA violations and their intent to file a lawsuit, the stay would promote judicial economy and client resources as the Defendants perform their survey and correct any barriers.

For good cause shown, Defendant's Motion to Stay Proceedings Pending Remediation (Doc. #7) is **GRANTED**.

Accordingly, it is now

**ORDERED, ADJUDGED,** and **DECREED:**

1.   This matter is **STAYED** for **120 DAYS** from the date of this Order to allow the Defendant ample time to perform an architectural survey, remove barriers identified by the survey or close the facilities.

2.   The Defendant shall keep the Plaintiffs advised of the remediation process.

3.   The parties shall file a joint status report at the end of the 120 day stay advising the Court whether the matter has been amicably resolved or whether the stay should be lifted for further proceedings.

DONE and ORDERED in Chambers in Fort Myers, Florida, this _____ day of July, 2005.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies:

All Counsel of Record