# Tcherneshoff Consulting, Inc.

1801 Gault Avenue North Suite #106

Fort Payne, Alabama 35967

# Invoice

| Date | Invoice # |
|---|---|
| 11/30/2005 | 721 |

| Bill To |
|---|
| Schawarts Zweben & Associates LLP |

| Description | Qty | Amount |
|---|---|---|
| Review file, notes re: 14 parks and complaint in connection with being retained. | 1.75 | 262.50 |
| Speak to Plaintiffs & atty re: action & experiences. Discuss programs & services offered | 2.25 | 337.50 |
| Review & evaluate defendant's expert reports and work orders for 14 parks | 16.5 | 2475.00 |
| Draft report to Plaintiff's counsel regarding work orders and expert reports | 6.7 | 1005.00 |
| Conferences & meetings with attorney & Plaintiffs re: defendants reports & work orders | 8.5 | 1275.00 |
| Expenses including prepaid assistant/attendant for inspections | | 695.00 |

Thank you for your business.

**Total** $6,050.00



PLAINTIFF'S EXHIBIT NO. "D" FOR IDENTIFICATION
DATE:   RPTR:

Tcherneshoff Consulting, Inc.

1801 Gault Avenue North Suite #106

Fort Payne, Alabama 35967

# Invoice

| Date | Invoice # |
|---|---|
| 2/15/2006 | 740 |

### Bill To
Schawarts Zweben & Associates LLP

| Description | Qty | Amount |
|---|---:|---:|
| Survey and report preparation for Lee County Parks | 30 | 4,500.00 |
| Cost Estimate & Barrier Removal | 4 | 500 |
| Travel Time | 4 | 600 |

Thank you for your business.

**Total**     $5,600.00

Tcherneshoff Consulting, Inc.

1801 Gault Avenue North Suite #106

Fort Payne, Alabama 35967

# Invoice

| Date | Invoice # |
|---|---|
| 8/14/2006 | 814 |

| Bill To |
|---|
| Schwartz Zweben & Slingbaum LLP |

| Description | Qty | Amount |
|---|---|---|
| Assist counsel with settlement agreement and interpreting expert report | 6.5 | 975.00 |
| Evaluate defense positions and assist counsel and Plaintiffs to resolve final issues | 0.75 | 112.5 |
| Expenses | | 12.50 |

Thank you for your business.

**Total** $1,100.00